# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131287

PATRICIA WOODS,
          Plaintiff-Appellant,

v

TAUBMAN COMPANY, L.L.C.,
FAIRLANE TOWN CENTER, L.L.C.,
and SOUTHEAST SERVICE
CORPORATION,
          Defendants-Appellees.

SC: 131287
COA: 265790
Wayne CC: 04-416762-NO

_____/

On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2006

_____
Clerk

d1101